LATHAM & WATKINS LLP
  Michele D. Johnson (Bar No. 198298)
  *michele.johnson@lw.com*
  Colleen C. Smith (Bar No. 231216)
  *colleen.smith@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Tel:  (714) 540-1235
Fax:  (714) 755-8290

COOLEY LLP
  Ryan E. Blair (Bar No. 246724)
  *rblair@cooley.com*
4401 Eastgate Mall
San Diego, CA 92121
Tel: (858) 550-6000
Fax: (858) 550-6420

*Counsel for Defendants & Nominal Defendant*

*Additional Counsel on Signature Page*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DURAN, Derivatively on Behalf of PUMA BIOTECHNOLOGY, INC.,<br><br>                    Plaintiff,<br><br>        v.<br><br>ALAN H. AUERBACH, CHARLES R. EYLER, THOMAS R. MALLEY, JAY M. MOYES, TROY E. WILSON, FRANK ZAVRL, and ADRIAN M. SENDEROWICZ, ,<br><br>                    Defendants,<br><br>        -and-<br><br>PUMA BIOTECHNOLOGY, INC., a Delaware corporation,<br><br>                    Nominal Defendant. | Case No. 2:18-cv-04802-AG (DFMx)<br><br>**STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

1    Plaintiff Paul Duran ("Plaintiff"), Defendants Alan H. Auerbach, Charles R.

2  Eyler, Jay M. Moyes, Troy E. Wilson, Adrian M. Senderowicz, Frank Zavrl, and

3  Thomas R. Malley (the "Individual Defendants") and Nominal Defendant Puma

4  Biotechnology, Inc. ("Puma," and collectively with Plaintiff and the Individual

5  Defendants, the "Parties"), through their respective counsel of record, submit this

6  stipulation and proposed order.

7    WHEREAS, on May 30, 2018, Plaintiff filed a shareholder derivative

8  complaint, on behalf of Puma, commencing this action against the Individual

9  Defendants;

10    WHEREAS, parallel derivative actions have been proceeding against the

11  Individual Defendants:  *Van der Gracht de Rommerswael v. Auerbach, et al.,*, Case

12  No. 8:18-cv-00236-AG-JCGx, pending in the USDC for the Central District of

13  California, filed February 9, 2018 (the "Rommerswael Action"); *Xie v. Auerbach*, *et*

14  *al.*, Case No. BC616617, pending in the Superior Court for the State of California,

15  filed April 12, 2016 (the "Xie Action"); and *McKenney v. Auerbach*, *et al.,* Case No.

16  BC617059, pending in the Superior Court for the State of California, filed April 14,

17  2016 (the "McKenney Action," and collectively with the Xie Action, the "State

18  Actions");

19    WHEREAS, on September 28, 2018, the Parties entered into a Stipulation of

20  Settlement which was filed in the Rommerswael Action (the "Settlement") (attached

21  hereto as Exhibit 1).  The Settlement resolved claims asserted in the four related

22  shareholder derivative actions filed on behalf of Puma, including the claims asserted

23  in the instant action;

24    WHEREAS, the Settlement is expressly conditioned on the dismissal with

25  prejudice of all other related derivative actions, including this action;

26    WHEREAS, on November 5, 2018, Judge Guilford entered an order

27  preliminarily approving the Settlement which was filed in the Rommerswael Action;

28

- 1 -

1    WHEREAS, on January 7, 2019, after notice and hearing, Judge Guilford

2 entered an order and judgment finally approving the Settlement (attached hereto as

3 Exhibit 2);

4    WHEREAS, the Parties have met and conferred and agree this action should be

5 dismissed with prejudice in accordance with the Settlement, with all Parties waiving

6 all rights to appeal from or with respect to any aspect of this action;

7    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the

8 Parties hereto, through their undersigned counsel, pursuant to Rules 23.1(c) and

9 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and subject to the Court's

10 approval, that:

11    1.    This action shall be dismissed in its entirety with prejudice, with all

12 Parties waiving all rights to appeal from or with respect to any aspect of this action;

13 and

14    2.    Except as otherwise provided in the Settlement, each Party shall bear his

15 or its own costs, fees, and expenses, including attorneys' fees.

16    IT IS SO STIPULATED.

17                                         Respectfully submitted,

18

19 Dated:  February 28, 2019              THE ROSEN LAW FIRM

20                                         /s/ *Laurence M. Rosen*

21                                         Laurence M. Rosen (Bar. No. 219683)
                                           Phillip Kim
22                                         355 South Grand Avenue, Suite 2450
                                           Los Angeles, CA 90071
23                                         Telephone: (213) 785-2610
                                           Facsimile: (213) 226-4684
24                                         pkim@rosenlegal.com
                                           lrosen@rosenlegal.com
25

26                                         *Liaison Counsel for Plaintiff Duran*

27

28                                    - 2 -

Dated:  February 28, 2019

THE BROWN LAW FIRM, P.C.

/s/ *Timothy W. Brown*

Timothy W. Brown
Alex P. McBride
240 Townsend Square
Oyster Bay, New York 11771
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
tbrown@thebrownlawfirm.net
amcbride@thebrownlawfirm.net

*Counsel for Plaintiff Duran*

Dated:  February 28, 2019

LATHAM & WATKINS LLP

/s/ *Colleen C. Smith*

Colleen C. Smith
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
Facsimile: (858) 523-5450
colleen.smith@lw.com

LATHAM & WATKINS LLP
Michele D. Johnson
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 755-1235
Facsimile: (714) 755-8290
michele.johnson@lw.com

COOLEY LLP
Ryan E. Blair
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
rblair@cooley.com

*Counsel for Defendants Alan H.
Auerbach, Charles R. Eyler, Thomas R.
Malley, Jay M. Moyes, Troy E. Wilson,
Frank Zavrl, Adrian M. Senderowicz,*

- 3 -

*and Nominal Defendant Puma Biotechnology, Inc.*

## **ATTESTATION OF FILER**

All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 28, 2019

/s/ *Colleen C. Smith*
Colleen C. Smith

- 4 -