**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL DURAN, Derivatively on Behalf of PUMA BIOTECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALAN H. AUERBACH, CHARLES R. EYLER, THOMAS R. MALLEY, JAY M. MOYES, TROY E. WILSON, FRANK ZAVRL, and ADRIAN M. SENDEROWICZ, <br><br> Defendants, <br><br> -and- <br><br> PUMA BIOTECHNOLOGY, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. 2:18-cv-04802-AG (DFMx) <br><br> **ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE** |

## ORDER

Pursuant to the Stipulation of Voluntary Dismissal with Prejudice filed by Plaintiff Paul Duran ("Plaintiff") and Defendants Alan H. Auerbach, Charles R. Eyler, Jay M. Moyes, Troy E. Wilson, Adrian M. Senderowicz, Frank Zavrl, and Thomas R. Malley (the "Individual Defendants") and Nominal Defendant Puma Biotechnology, Inc. ("Puma," and collectively with Plaintiff and the Individual Defendants, the "Parties"), and good cause appearing, IT IS HEREBY ORDERED THAT:

1. This action shall be dismissed in its entirety with prejudice, with all Parties waiving all rights to appeal from or with respect to any aspect of this action; and

2. Except as otherwise provided in the Settlement, each Party shall bear his or its own costs, fees, and expenses, including attorneys' fees.

IT IS SO ORDERED.

Dated: March 1, 2019        By: _____
                                Honorable Andrew J. Guilford
                                United States District Judge

- 1 -

ORDER GRANTING
VOLUNTARY DISMISSAL WITH PREJUDICE
Case No. 2:18-cv-04802-AG (DFMx)